1  WRIGHT, FINLAY & ZAK, LLP
   Edgar C. Smith, Esq.
2  Nevada Bar No. 5506
   Eric S. Powers, Esq.
3  Nevada Bar No. 12850
   7785 W. Sahara Ave., Suite 200
4  Las Vegas, Nevada 89117
5  (702) 475-7964; Fax: (702) 946-1345
   esmith@wrightlegal.net
6  epowers@wrightlegal.net
7  *Attorneys for Defendant, Ocwen Loan Servicing, LLC*

8  **IN THE UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| CRISPOLO C. POLANGCUS, | Case No.: 2:17-cv-00163 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING DEADLINE FOR TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| WELLS FARGO BANK, NA; OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC, | |
| Defendants. | **(First Request)** |

Defendant, Ocwen Loan Servicing, LLC ("Ocwen") and Plaintiff, Crispolo C. Polangcus ("Plaintiff), by and through their respective counsel of record, stipulate and agree to extend the deadline to March 21, 2017, for Ocwen to answer or otherwise plead in response to Plaintiff's Complaint. As a condition of the instant stipulation, Ocwen agrees to participate in any 26(f) conference should one be scheduled prior to that date.

This is the first request for an extension by Ocwen, which seeks to further investigate the factual allegations of the Complaint while the parties also discuss resolution of the case.

*///*

*///*

Page 1 of 3

| Dated: March __15__, 2017 | Dated: March __15__, 2017 |
|---|---|
| **STIPULATED AND AGREED TO BY:** | **STIPULATED AND AGREED TO BY:** |
| /s/Eric S. Powers, Esq._____ | /s/Allison R. Schmidt, Esq._____ |
| Eric S. Powers, Esq.<br>Nevada Bar No. 12850<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, Nevada 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>epowers@wrightlegal.net<br>*Attorneys for Defendant, Caliber Home Loans, Inc.* | Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>Allison R. Schmidt Esq. LLC<br>8465 W. Sahara Ave.<br>Suite 111-504<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff, Crispolo C. Polangcus* |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 16, 2017
_____

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **STIPULATION AND ORDER   EXTENDING DEADLINE FOR TO RESPOND TO PLAINTIFF'S COMPLAINT** was made on the ___15th_ day of March, 2017, to all parties and counsel identified on the CM/ECF System via Electronic Notification and/or by U.S. Mail, postage pre-paid, addressed as follows:

Allison R. Schmidt
Allison R Schmidt Esq. LLC
8465 W. Sahara Ave., Suite 111-504
Las Vegas, NV 89117
allisonschmidtesq@gmail.com

Matthew I Knepper
Knepper & Clark, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129
matthew.knepper@knepperclark.com

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
dkrieger@hainesandkrieger.com

Bradley T Austin
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
baustin@swlaw.com

Jennifer L Braster
Maupin Naylor Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@naylorandbrasterlaw.com

                                          /s/Sara Aslinger
                                          An Employee of
                                          WRIGHT, FINLAY & ZAK, LLP