1
2
3
4
5
6
7

Bradley T. Austin
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

8
9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| 10 CRISPOLO POLANGCUS,  ) | **Case No. 2:17-cv-00163-APG-CWH** |
| 11              Plaintiff,  ) | |
| 12 vs.                      ) | **SECOND REQUEST FOR EXTENSION** |
| 13 WELLS FARGO BANK, N.A.; OCWEN LOAN ) | **OF TIME FOR DEFENDANT EQUIFAX** |
| 14 SERVICING, LLC; EQUIFAX INFORMATION ) | **INFORMATION SERVICES LLC TO** |
| SERVICES, LLC; EXPERIAN INFORMATION ) | **FILE ANSWER** |
| 15 SOLUTIONS, INC.; TRANS UNION, LLC,  ) | |
| 16              Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Defendant Equifax Information Services LLC ("Equifax") has requested a second extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff Crispolo Polangcus has no opposition.  This is Equifax's second request for such an extension.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended for thirty days from the initial deadline of March 15, 2017, 2017 through and including **March 27, 2017**.  Plaintiff and Equifax are actively engaged in settlement discussions.  The additional time to respond to the Complaint will facilitate settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 21st day of March, 2017.

SNELL & WILMER LLP

By:  /s/ Bradley Austin, Esq.
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**_No opposition_**

 /s/ Allison R. Schmidt, Esq.
Allison R. Schmidt, Esq.
Nevada Bar No. 10743
ALLISON R. SCHMIDT ESQ., LLC
8465 W. Sahara Avenue
Suite 111-504
Las Vegas, NV 89117
Phone: (702) 387-7222
Email: Allison@nevadaslawyers.com

*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  March 22, 2017

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 21st day of March, 2017, via ECF, upon:

Allison R. Schmidt, Esq.
ALLISON R. SCHMIDT ESQ., LLC
8465 W. Sahara Avenue
Suite 111-504
Las Vegas, NV 89117
Email: Allison@nevadaslawyers.com

By: /s/  Faith B. Radford