WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRISPOLO C. POLANGCUS,<br><br>Plaintiff,<br>v.<br><br>WELLS FARGO BANK, NA; OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00163-APG-CWH<br><br>**STIPULATION AND ORDER RE DISMISSAL** |

Defendant, Ocwen Loan Servicing, LLC ("Ocwen") and Plaintiff, Crispolo C. Polangcus ("Plaintiff), by and through their respective counsel of record hereby stipulate and agree as follows:

1. Defendant OCWEN Loan Servicing, LLC shall be dismissed from the above-entitled action with prejudice.

**ORDER**

IT IS SO ORDERED.

Dated: June 27, 2017.

_____
UNITED STATES DISTRICT JUDGE

| STIPULATED AND AGREED TO BY: | STIPULATED AND AGREED TO BY: |
|---|---|
| /s/ Edgar C. Smith, Esq.<br>Edgar C. Smith, Esq.<br>Nevada Bar No. 5506<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, Nevada 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>epowers@wrightlegal.net<br>*Attorneys for Defendant, OCWEN Loan Servicing,LLC .* | /s/Allison R. Schmidt, Esq.<br>Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>Allison R. Schmidt Esq. LLC<br>8465 W. Sahara Ave.<br>Suite 111-504<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff, Crispolo C. Polangcus* |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____