Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRISPOLO C. POLANGCUS,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A; OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-00163-APG-CWH<br><br>**JOINT MOTION TO SET ASIDE CLERK'S DEFAULT AND ORDER** |

Plaintiff Crispolo C. Polangcus, ("Plaintiff") by and through its counsel of record, Allison R. Schmidt, Esq. and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") by and through its counsel of record, the law firm of Snell & Wilmer L.L.P., (collectively, the "Parties"), hereby stipulate and agree to set aside the clerk's default entered on July 20, 2017 in the above captioned matter;

The Parties further stipulate and agree that Wells Fargo shall have until August 1, 2017 to file and serve its Answer to Plaintiff's Complaint.



DATED this 26th day of July, 2017.

| LAW OFFICES OF ALLISON R. SCHMIDT, ESQ. | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Allison R. Schmidt, Esq.* <br> Allison R. Schmidt (NV Bar No. 10743) <br> 8465 W. Sahara Ave. <br> Suite 111-504 <br> Las Vegas, Nevada 89117 <br> *(signed with permission)* <br><br> *Attorneys for Plaintiff Crispolo C. Polangcus* | By: */s/ Tanya N. Lewis* <br> Kelly H. Dove (NV Bar No. 10569) <br> Tanya N. Lewis (NV Bar No. 8855) <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> Telephone: (702) 784-5200 <br> Facsimile: (702) 784-5252 <br> *Attorneys for Defendant* <br> *Wells Fargo Bank, N.A.* |

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s default entered on July 20, 2017 is hereby set aside. It is also ordered that Wells Fargo shall have until August 1, 2017 to file and serve its Answer to Plaintiff's Complaint.**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: July 26, 2017.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*