Allison R. Schmidt, Esq.
Nevada Bar No. 10743
ALLISON R. SCHMIDT ESQ. LLC
8465 W. SAHARA AVE.
Suite 111-504
Las Vegas, Nevada 89117
Phone: (702) 387-7222
Fax: (702) 387-7222
Email: Allison@nevadaslawyers.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRISPOLO C. POLANGCUS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA; OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00163<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF TRANS UNION, LLC** |

Defendant, Trans Union LLC, and Plaintiff, Crispolo C. Polangcus file this Stipulation of Dismissal with Prejudice in accordance with Fed. R. Civ. P. 41(a), of all claims brought by plaintiff against Trans Union, LLC, with court costs and attorney's fees to be paid by the party incurring same.

DATED: September 7, 2017.

| LEWIS BRISBOIS BISGAARD & SMITH LLP: | ALLISON R. SCHMIDT ESQ. LLC: |
|---|---|
| /s/ Jason G. Revzin<br>JASON G. REVZIN<br>Nevada Bar No. 8629<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>jason.revzin@lewisbrisbois.com<br>*Counsel for Trans Union LLC* | /s/ Allison R. Schmidt<br>Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>8465 W. Sahara Ave.<br>Suite 111-504<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff, Crispolo C. Polangcus* |
| **NAYLOR & BRASTER**<br><br>/s/ Jennifer L. Braster<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>*Attorney for Defendant Experian Information Solutions, Inc.* | **SNELL & WILMER L.L.P.**<br><br>/s/ Tanya N. Lewis<br>Tanya N. Lewis, Esq.<br>15 W. South Temple, Suite 1200<br>Salt Lake City, UT 84101<br>Office: 801.257.1900<br>Direct: 801.257.1844<br>tlewis@swlaw.com<br>*Attorney for Defendant Wells Fargo Bank, NA* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** September 8, 2017